**SMITHMARCO, P.C.**
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
TELEPHONE (312) 546-6539

David Marco/ IL # 6273315
Attorney for Plaintiff
*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PRESCOTT DIVISION

| | |
|---|---|
| TIMOTHY BOUDREAUX, | Case No.:  CV-16-8289-PCT-DLR |
| Plaintiff, | |
| vs. | |
| IC SYSTEMS, INC., | |
| Defendant. | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, TIMOTHY BOUDREAUX, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter.  Plaintiff further states as follows:

1.  The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2.  Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Settlement Conference scheduled for July 27, 2017, and the Telephonic Interim Scheduling Conference scheduled for August 14, 2017, be stricken.

Respectfully submitted,
**TIMOTHY BOUDREAUX**

By:   s/ David M. Marco
        Attorney for Plaintiff

Dated: July 20, 2017

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:       dmarco@smithmarco.com
*Admitted Pro Hac Vice*

**SMITHMARCO, P.C.**
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
TELEPHONE (312) 546-6539

David Marco/ 6273315
Attorney for Plaintiff
*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### PRESCOTT DIVISION

| | |
|---|---|
| TIMOTHY BOUDREAUX, | Case No.: CV-16-8289-PCT-DLR |
| Plaintiff, | |
| vs. | |
| IC SYSTEMS, INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

**To:**  John L. Condrey                                Molly C. Machold
            GORDON & REES LLP                    GORDON & REES LLP
            111 W. Monroe Street, Suite 1600   111 W. Monroe Street, Suite 1600
            Phoenix, AZ 85003                         Phoenix, AZ 85003

   I, David M. Marco, an attorney, certify that on **July 20, 2017**, I shall caused to be served a copy of **Plaintiff's Notice of Settlement** upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; and/or via email, as indicated below.

   ____ U.S. Mail                                                    ____ Facsimile
     X   ECF                                                            ____ Email

By:   <u>s/ David M. Marco</u>
      Attorney for Plaintiff

<u>Dated: July 20, 2017</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail:   dmarco@smithmarco.com
*Admitted Pro Hac Vice*